Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLAN B. THOMAS and <br> JOANN E. THOMAS, <br><br> Defendants. | NO. CR19-210 RAJ <br><br> ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the Stipulated Motion to Continue Trial Date and Deadline to File Pretrial Motions, and all the files and records herein, finds as follows:

1. The facts and circumstances are as set forth in the Stipulated Motion to Continue Trial Date and Deadline to File Pretrial Motions;

2. The case is complex due to the nature of the charges, the volume of discovery, and the number of defendants;

3. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

*U.S. v. Allan B. Thomas and Joann E. Thomas*, CR19-210 RAJ
ORDER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        4.      Failure to grant a continuance could result in a miscarriage of justice;

2        5.      The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial; and

       6.      All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv).

IT IS THEREFORE ORDERED that the parties' Stipulated Motion (Dkt. #33) is GRANTED. The trial date in this matter is continued to May 11, 2020.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than March 26, 2020. Any pretrial motion shall be noted for consideration on the third Friday after it is filed, with any response thereto due no later than 14 days after filing of motions.

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of May 11, 2020, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 5th day of December, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

*U.S. v. Allan B. Thomas and Joann E. Thomas*, CR19-210 RAJ
ORDER - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970