The Honorable Richard A. Jones

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    UNITED STATES OF AMERICA,

10                               Plaintiff,          NO. CR19-210RAJ

11                                                   ORDER CONTINUING
12                   v.                              TRIAL DATE

13
14   ALLAN B. THOMAS, and JOANN E.
     THOMAS,
15                               Defendants.

16

17        Having considered the record and the Government's April 6, 2020 motion, and the

18   Coronavirus General Orders that have been entered in the Western District of Washington,

19   the Court FINDS that trial in this case cannot proceed on the currently scheduled date of

20   May 11, 2020.  For the reasons detailed in the Government's motion, the ends of justice

21   served by granting a continuance outweigh the best interests of the public and the defendants

22   in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

23        IT IS THEREFORE ORDERED that the Government's motion to continue the trial

24   date and other dates (Dkt. #37) is GRANTED.

25        The trial date of May 11, 2020, is hereby VACATED.

26        Trial is now SCHEDULED to begin on November 2, 2020, at 9:00 a.m.

27        IT IS FURTHER ORDERED that all pretrial motions, including motions in limine,

28   shall be filed no later than October 1, 2020.

ORDER CONTINUING TRIAL DATE – 1
*United States v. Allan B. Thomas and Joann E. Thomas*, CR19-210RAJ

1    IT IS FURTHER ORDERED that the time between the date of the filing of the

2 Government's motion and the new trial date specified above, is excluded in computing the

3 time within which trial must commence because the ends of justice served by granting this

4 continuance outweigh the best interest of the public and the defendants in a speedy trial.

5 18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance would likely make trial

6 impossible and result in a miscarriage of justice, and would deny counsel for the defendants

7 and government counsel the reasonable time necessary for effective preparation, taking into

8 account the exercise of due diligence. *Id.* § (B)(i), (iv).

9    DATED this 15th day of April, 2020.

Richard A Jones
_____

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE – 2
*United States v. Allan B. Thomas and Joann E. Thomas*, CR19-210RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970