THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLAN B. THOMAS and<br>JOANN THOMAS,<br><br>　　　　　　Defendants. | No. CR19-210 RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the unopposed motion of Defendants Allan B. Thomas and JoAnn Thomas to continue the trial date and pretrial motions date, FINDS:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. §3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding could result in a miscarriage of justice, as set forth in 18 U.S.C. fl 3161(h)(7)(B)(i); and

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

(c) the additional time requested is a reasonable period of delay to allow defense counsel adequate time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the Defendants in any speedier trial, as set forth in 18 U.S.C. §3161(h)(7)(A); and

(e) that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #47) is GRANTED.  The trial date in this matter is continued from November 2, 2020, to April 26, 2021.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than February 26, 2021, with responses due no later than March 12, 2021, and replies (if any) due no later than March 19, 2021.

IT IS FURTHER ORDERED that the period of time from the date of this order up to and including the new trial date of April 26, 2021 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A) and (h)(7)(B).

DATED this 19th day of October, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
800 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780