UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No.  CR19-210RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| v. | |
| ALLAN B. THOMAS and JOANN E. THOMAS, | |
| Defendants. | |

THE COURT, having considered the unopposed motion of Defendants Allan B. Thomas and JoAnn E. Thomas to continue the trial date and pretrial motions date, FINDS:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the Defendants the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. §3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding could result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

TERRENCE KELLOGG
P.O. Box 633
Port Townsend, Washington 98368
(206) 491-9003

(c) the additional time requested is a reasonable period of delay to allow defense counsel adequate time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the Defendants in any speedier trial, as set forth in 18 U.S.C. §3161(h)(7)(A); and

(e) that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

IT IS THEREFORE ORDERED that the motion (Dkt. # 58) is GRANTED. The trial date in this matter shall be continued to December 6, 2021.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than October 4, 2021, with responses due no later than October 25, 2021, and replies (if any) due no later than November 2, 2021.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of December 6, 2021, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A) and (h)(7)(B).

DATED this 29th day of June, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
CR19-210RAJ - 2

TERRENCE KELLOGG
P.O. BOX 633
PORT TOWNSEND, WASHINGTON 98368
(206) 491-9003