Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00210-RAJ |
| Plaintiff, | ORDER GRANTING DEFENDANTS' JOINT MOTION TO CONTINUE TRIAL DATE |
| v. | |
| ALLAN B. THOMAS and JOANN E. THOMAS, | |
| Defendants. | |

THE COURT, having considered the joint motion of defendants Allan B. Thomas and JoAnn E. Thomas to continue the trial date, and having heard from counsel at a hearing conducted on November 2, 2021, the Court finds that:

(a) A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, a failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

(b) The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that Defendants' joint motion to continue the trial date (Dkt. # 69) is GRANTED.  The trial date shall be continued from December 6, 2021, to Tuesday, January 4, 2022, at 9:00 a.m.  As the deadline for filing pretrial motions has passed with no motions being filed, the Court declines to reinstate a deadline for filing pretrial motions.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of January 4, 2022, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS FURTHER ORDERED that all pretrial deadlines based on the December 6, 2021, trial date remain unchanged.

DATED this 2nd day of November, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge