The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLAN B. THOMAS and<br>JOANN E. THOMAS,<br><br>Defendants. | NO. CR19-210RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

At a hearing held on this date the Court considered the joint oral motion to continue the trial date made by counsel for defendants Allan Thomas and Joann Thomas due to the medical conditions of both defendants. For the reasons set forth on the record,

THE COURT ORDERS that Defendant's joint oral motion to continue the trial date is GRANTED. The trial date in this matter is continued from April 25, 2022, to May 9, 2022, at 9:00 a.m.

IT IS ORDERED that the time between the date of this order and May 9, 2022, is excluded in computing the time within which trial must commence, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a more speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

DATED this 22nd day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE – 1
*United States v. Allan B. Thomas*
*and Joann E. Thomas*, CR19-210RAJ