THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

ALLAN B. THOMAS and
JOANN E. THOMAS,

              Defendants

No.  2:19-cr-00210-RAJ

ORDER GRANTING DEFENDANTS'
JOINT MOTION TO CONTINUE
SENTENCING AND FORFEITURE
HEARING

THE COURT, having reviewed Defendants' Joint Motion to Continue Sentencing and Forfeiture Hearing, being fully apprised of the circumstances, and finding good cause, hereby

ORDERS that Defendants' motion for a continuance of this hearing (Dkt. 156) is GRANTED.  The sentencing and forfeiture hearing for Defendants Allan B. Thomas and Joann E. Thomas is continued from December 9, 2022 to January 6, 2023 at 9:00 a.m.

DATED this 5th day of December, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANTS' JOINT MOTION TO
CONTINUE SENTENCING AND FORFEITURE
HEARING - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
SMITH TOWER, SUITE 1400
506 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777