THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ALLAN B. THOMAS,<br><br>            Defendant, | No.  2:19-cr-00210-RAJ<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND SELF-REPORT DATE |

THE COURT, having considered Defendant Allan B. Thomas's Motion to Extend Self-Report Date, the Government's Response, Defendant's Reply, and being fully apprised of the circumstances,

HEREBY ORDERS that Defendant's motion (Dkt. 186) is GRANTED IN PART.  No later than May 18, 2023, Defendant is ordered to file an updated status report setting forth Defendant's current medical status, his surgery recovery progress, and his future prognosis.  The status report shall be accompanied by updated medical records, which shall be filed under seal.

The Court further ORDERS Defendant to report to Federal Correctional Institution Sheridan Satellite Camp by no later than 10:00 a.m. on May 31, 2023, which report date may be further extended by the Court after consideration of Defendant's updated status report and updated medical records.

DATED this 13th day of March, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S MOTION
TO EXTEND SELF REPORT DATE- 1