AO245C    (Rev. 09/19) Amended Judgment in a Criminal Case                                  (NOTE: Identify Changes with Asterisks(*))
        Sheet 1

# UNITED STATES DISTRICT COURT

## Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| Allan Thomas | Case Number:    2:19CR00210RAJ-001 |
| | USM Number:    49695-086 |

**Date of Original Judgment:**   02/03/2023        John Henry Browne
(Or Date of Last Amended Judgment)                   Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))     ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))     ☐ Modification of Imposed Term of Imprisonment for Extraordinary and

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))                  Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)     ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s)
                                                  to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

                                              ☐ Direct Motion to District Court Pursuant

                                                ☐ 28 U.S.C. § 2255 or       ☐ 18 U.S.C. § 3559(c)(7)

                                              ☒ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☒ was found guilty on count(s)   1 through 10
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy | 2019 | 1 |
| 18 U.S.C. § 1341 and 18 U.S.C. § 2 | Mail Fraud | 2019 | 2, 3, 4, 5 |
| 18 U.S.C. § 1343 and 18 U.S.C. § 2 | Wire Fraud | 2019 | 6, 7, 8, 9 |
| 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. § 1028A(a)(2) | Aggravated Identity Theft | 2019 | 10 |

The defendant is sentenced as provided in pages 2 through 9 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)   11 to 15

☐ Count(s) _____ ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

AO245C      (Rev. 09/19) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks(*))
            Sheet 1

Judgment — Page **2** of **9**

DEFENDANT:      **Allan Thomas**
CASE NUMBER:    2:19CR00210RAJ-001

_____
Assistant United States Attorney

May 9, 2023
_____
Date of Imposition of Judgment

_____
Signature of Judge

Richard A. Jones, United States District Judge
_____
Name and Title of Judge

May 12, 2023
_____
Date

AO245C    (Rev. 09/19) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks(*))
          Sheet 2 — Imprisonment

Judgment — Page **3** of **9**

DEFENDANT:       **Allan Thomas**
CASE NUMBER:     2:19CR00210RAJ-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

30 months (24 months on Count 10 to run consecutive to 6 months on counts 1 – 9)

☒  The court makes the following recommendations to the Bureau of Prisons:

    Lompoc

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☒  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO245C    (Rev. 09/19) Amended Judgment in a Criminal Case                          (NOTE: Identify Changes with Asterisks(*))
Sheet 3 — Supervised Release

DEFENDANT:    **Allan Thomas**
CASE NUMBER:    2:19CR00210RAJ-001

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :
3 years

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐    The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.  *(check if applicable)*
4.    ☐    You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.  *(check if applicable)*
5.    ☒    You must cooperate in the collection of DNA as directed by the probation officer.  *(check if applicable)*
6.    ☐    You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐    You must participate in an approved program for domestic violence.  *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached pages.

AO245C      (Rev. 09/19) Amended Judgment in a Criminal Case                            (NOTE: Identify Changes with Asterisks(*))
            Sheet 3A — Supervised Release

Judgment — Page **5** of **9**

DEFENDANT:      **Allan Thomas**
CASE NUMBER:    2:19CR00210RAJ-001

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____      Date _____

AO245C       (Rev. 09/19) Amended Judgment in a Criminal Case                                          (NOTE: Identify Changes with Asterisks(*))
                Sheet 3D — Supervised Release

DEFENDANT:       **Allan Thomas**
CASE NUMBER:     2:19CR00210RAJ-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant's employment must be approved in advance by the probation officer. The defendant will not accept or begin employment without prior approval by the U.S. Probation Officer and employment shall be subject to continuous review and verification by the U.S. Probation Office. The defendant shall not work for cash and the defendant's employment shall provide regular pay stubs with the appropriate deductions for taxes.

2. The defendant shall provide the probation officer with access to any requested financial information including authorization to conduct credit checks and obtain copies of the defendant's federal income tax returns.

3. The defendant shall disclose all assets and liabilities to the probation office. The defendant shall not transfer, sell, give away, or otherwise convey any asset, without first consulting with the probation office.

4. If the defendant maintains interest in any business or enterprise, the defendant shall, upon request, surrender and/or make available, for review, any and all documents and records of said business or enterprise to the probation office.

5. The defendant shall participate as directed in a mental health program approved by the United States Probation Office. The defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

6. Restitution in the amount of $468,165.63 is due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than 10% of his or her gross monthly household income. Interest on the restitution shall be waived.

7. The defendant shall submit his or her person, property, house, residence, storage unit, vehicle, papers, computers (as defined in 18 U.S.C. §1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

AO245C     (Rev. 09/19) Amended Judgment in a Criminal Case                               (NOTE: Identify Changes with Asterisks(*))
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT:   **Allan Thomas**
CASE NUMBER:   2:19CR00210RAJ-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment[*] | JVTA Assessment[**] |
|---|---|---|---|---|---|
| TOTALS | $ 1000 | $ 468,165.63 | $ 0 | $ N/A | $ N/A |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

      If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[***] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See attached victim list | $468,165.63 | $468,165.63 | |
| TOTALS | $468,165.63 | $468,165.63 | |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
     ☒  the interest requirement is waived for the   ☐  fine   ☒  restitution
     ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

☒   The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

  *   Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
  **   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
  ***   Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245C    (Rev. 09/19) Amended Judgment in a Criminal Case                                    (NOTE: Identify Changes with Asterisks(*))
          Sheet 6 — Schedule of Payments

DEFENDANT:     **Allan Thomas**
CASE NUMBER:   2:19CR00210RAJ-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒    PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid to
     Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

     ☒    During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter,
          whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

     ☒    During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross
          monthly household income, to commence 30 days after release from imprisonment.

     ☐    During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly
          household income, to commence 30 days after the date of this judgment.

     The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary
     penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible.  The
     defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any
     material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through
the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court,
Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the
party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒    Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| CR19-210-02 RAJ – Joann Thomas | $468,165.63 | $468,165.63 | |
| CR20-126 RAJ – Darrell Winston | $12,958.09 | $12,958.09 | |

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☒    The defendant shall forfeit the defendant's interest in the following property to the United States:
     *See* Order of Forfeiture, Dkt. 220

AO245C      (Rev. 09/19) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks(*))

DEFENDANT:      **Allan Thomas**
CASE NUMBER:      2:19CR00210RAJ-001

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| Victim | Adjusted |
|--------|----------|
| Victim 1 | $346.83 |
| Victim 2 | $1,433.24 |
| Victim 3 | $2,983.19 |
| Victim 4 | $519.89 |
| Victim 5 | $1,806.46 |
| Victim 6 | $251.81 |
| Victim 7 | $548.43 |
| Victim 8 | $35.40 |
| Victim 9 | $128.61 |
| Victim 10 | $652.85 |
| Victim 11 | $208.09 |
| Victim 12 | $260.48 |
| Victim 13 | $783.63 |
| Victim 14 | $1,162.27 |
| Victim 15 | $407.53 |
| Victim 16 | $800.62 |
| Victim 17 | $55.99 |
| Victim 18 | $72.61 |
| Victim 19 | $548.43 |
| Victim 20 | $546.99 |
| Victim 21 | $891.30 |
| Victim 22 | $32.15 |
| Victim 23 | $208.09 |
| Victim 24 | $100.07 |
| Victim 25 | $554.21 |
| Victim 26 | $98.62 |
| Victim 27 | $117.77 |
| Victim 28 | $652.85 |
| Victim 29 | $253.98 |
| Victim 30 | $411.14 |
| Victim 31 | $118.86 |
| Victim 32 | $9,491.52 |
| Victim 33 | $75.50 |
| Victim 34 | $789.78 |
| Victim 35 | $353.70 |
| Victim 36 | $208.09 |
| Victim 37 | $117.77 |
| Victim 38 | $1,200.21 |
| Victim 39 | $138.73 |
| Victim 40 | $117.77 |
| Victim 41 | $254.70 |
| Victim 42 | $613.83 |
| Victim 43 | $92.48 |
| Victim 44 | $128.61 |
| Victim 45 | $132.58 |
| Victim 46 | $436.07 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 47 | $35.40 |
| Victim 48 | $587.81 |
| Victim 49 | $655.38 |
| Victim 50 | $2,637.43 |
| Victim 51 | $28.53 |
| Victim 52 | $548.43 |
| Victim 53 | $548.43 |
| Victim 54 | $548.43 |
| Victim 55 | $1,510.56 |
| Victim 56 | $7.94 |
| Victim 57 | $508.33 |
| Victim 58 | $46.24 |
| Victim 59 | $329.49 |
| Victim 60 | $147.40 |
| Victim 61 | $19.50 |
| Victim 62 | $208.09 |
| Victim 63 | $2,100.55 |
| Victim 64 | $248.20 |
| Victim 65 | $726.55 |
| Victim 66 | $796.64 |
| Victim 67 | $326.60 |
| Victim 68 | $208.09 |
| Victim 69 | $2,762.08 |
| Victim 70 | $765.21 |
| Victim 71 | $369.59 |
| Victim 72 | $283.24 |
| Victim 73 | $72.25 |
| Victim 74 | $208.09 |
| Victim 75 | $102.96 |
| Victim 76 | $269.51 |
| Victim 77 | $1,601.96 |
| Victim 78 | $652.85 |
| Victim 79 | $442.21 |
| Victim 80 | $85.62 |
| Victim 81 | $548.43 |
| Victim 82 | $128.61 |
| Victim 83 | $304.56 |
| Victim 84 | $117.77 |
| Victim 85 | $208.09 |
| Victim 86 | $326.60 |
| Victim 87 | $287.22 |
| Victim 88 | $208.09 |
| Victim 89 | $63.58 |
| Victim 90 | $100.07 |
| Victim 91 | $199.06 |
| Victim 92 | $652.85 |
| Victim 93 | $128.61 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 94 | $208.09 |
| Victim 95 | $241.70 |
| Victim 96 | $228.33 |
| Victim 97 | $15,803.32 |
| Victim 98 | $208.09 |
| Victim 99 | $117.77 |
| Victim 100 | $105.13 |
| Victim 101 | $398.51 |
| Victim 102 | $18.43 |
| Victim 103 | $1,486.00 |
| Victim 104 | $208.10 |
| Victim 105 | $404.65 |
| Victim 106 | $1,898.60 |
| Victim 107 | $1,524.30 |
| Victim 108 | $986.69 |
| Victim 109 | $323.36 |
| Victim 110 | $215.33 |
| Victim 111 | $548.44 |
| Victim 112 | $208.10 |
| Victim 113 | $1,455.29 |
| Victim 114 | $2,248.69 |
| Victim 115 | $228.34 |
| Victim 116 | $208.10 |
| Victim 117 | $208.10 |
| Victim 118 | $221.83 |
| Victim 119 | $681.40 |
| Victim 120 | $1,088.22 |
| Victim 121 | $128.62 |
| Victim 122 | $128.62 |
| Victim 123 | $435.36 |
| Victim 124 | $307.46 |
| Victim 125 | $46.25 |
| Victim 126 | $2,730.29 |
| Victim 127 | $1,793.10 |
| Victim 128 | $508.34 |
| Victim 129 | $2,163.06 |
| Victim 130 | $90.32 |
| Victim 131 | $208.10 |
| Victim 132 | $548.44 |
| Victim 133 | $283.25 |
| Victim 134 | $460.65 |
| Victim 135 | $147.41 |
| Victim 136 | $208.10 |
| Victim 137 | $161.86 |
| Victim 138 | $88.16 |
| Victim 139 | $29.63 |
| Victim 140 | $18.79 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| Victim | Amount |
|---|---|
| Victim 141 | $31.43 |
| Victim 142 | $3,560.18 |
| Victim 143 | $1,043.78 |
| Victim 144 | $16.62 |
| Victim 145 | $625.04 |
| Victim 146 | $580.96 |
| Victim 147 | $757.63 |
| Victim 148 | $2,587.94 |
| Victim 149 | $1,529.35 |
| Victim 150 | $330.22 |
| Victim 151 | $71.54 |
| Victim 152 | $490.27 |
| Victim 153 | $217.14 |
| Victim 154 | $107.67 |
| Victim 155 | $140.54 |
| Victim 156 | $208.10 |
| Victim 157 | $208.10 |
| Victim 158 | $548.44 |
| Victim 159 | $652.86 |
| Victim 160 | $128.62 |
| Victim 161 | $208.10 |
| Victim 162 | $208.10 |
| Victim 163 | $865.30 |
| Victim 164 | $128.62 |
| Victim 165 | $100.08 |
| Victim 166 | $208.10 |
| Victim 167 | $652.86 |
| Victim 168 | $3,925.81 |
| Victim 169 | $161.86 |
| Victim 170 | $32.52 |
| Victim 171 | $88.16 |
| Victim 172 | $119.95 |
| Victim 173 | $90.32 |
| Victim 174 | $15.90 |
| Victim 175 | $276.75 |
| Victim 176 | $128.62 |
| Victim 177 | $208.10 |
| Victim 178 | $44.08 |
| Victim 179 | $88.16 |
| Victim 180 | $75.51 |
| Victim 181 | $509.78 |
| Victim 182 | $521.35 |
| Victim 183 | $671.28 |
| Victim 184 | $16.62 |
| Victim 185 | $541.94 |
| Victim 186 | $5,010.05 |
| Victim 187 | $277.11 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 188 | $161.86 |
| Victim 189 | $548.44 |
| Victim 190 | $267.72 |
| Victim 191 | $267.00 |
| Victim 192 | $140.54 |
| Victim 193 | $128.62 |
| Victim 194 | $950.56 |
| Victim 195 | $411.15 |
| Victim 196 | $270.97 |
| Victim 197 | $90.32 |
| Victim 198 | $472.21 |
| Victim 199 | $75.51 |
| Victim 200 | $110.56 |
| Victim 201 | $144.16 |
| Victim 202 | $46.25 |
| Victim 203 | $548.44 |
| Victim 204 | $208.10 |
| Victim 205 | $479.80 |
| Victim 206 | $424.52 |
| Victim 207 | $105.14 |
| Victim 208 | $40.46 |
| Victim 209 | $58.89 |
| Victim 210 | $5,674.47 |
| Victim 211 | $652.86 |
| Victim 212 | $414.76 |
| Victim 213 | $2,820.98 |
| Victim 214 | $18,914.06 |
| Victim 215 | $90.32 |
| Victim 216 | $620.70 |
| Victim 217 | $0.00 |
| Victim 218 | $208.10 |
| Victim 219 | $0.00 |
| Victim 220 | $325.89 |
| Victim 221 | $2,453.18 |
| Victim 222 | $90.32 |
| Victim 223 | $261.21 |
| Victim 224 | $208.10 |
| Victim 225 | $128.62 |
| Victim 226 | $90.32 |
| Victim 227 | $484.49 |
| Victim 228 | $693.32 |
| Victim 229 | $208.10 |
| Victim 230 | $16.62 |
| Victim 231 | $9.75 |
| Victim 232 | $365.99 |
| Victim 233 | $3,481.78 |
| Victim 234 | $548.44 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 235 | $0.00 |
| Victim 236 | $208.10 |
| Victim 237 | $139.82 |
| Victim 238 | $24.21 |
| Victim 239 | $208.10 |
| Victim 240 | $303.49 |
| Victim 241 | $435.36 |
| Victim 242 | $71.54 |
| Victim 243 | $60.70 |
| Victim 244 | $208.10 |
| Victim 245 | $652.86 |
| Victim 246 | $80.21 |
| Victim 247 | $208.10 |
| Victim 248 | $208.10 |
| Victim 249 | $548.44 |
| Victim 250 | $208.10 |
| Victim 251 | $411.15 |
| Victim 252 | $208.10 |
| Victim 253 | $208.10 |
| Victim 254 | $552.42 |
| Victim 255 | $143.07 |
| Victim 256 | $208.10 |
| Victim 257 | $652.86 |
| Victim 258 | $208.10 |
| Victim 259 | $8,396.09 |
| Victim 260 | $5,740.23 |
| Victim 261 | $1,655.81 |
| Victim 262 | $117.78 |
| Victim 263 | $90.32 |
| Victim 264 | $548.44 |
| Victim 265 | $117.78 |
| Victim 266 | $24.21 |
| Victim 267 | $156.08 |
| Victim 268 | $117.78 |
| Victim 269 | $241.34 |
| Victim 270 | $65.03 |
| Victim 271 | $966.46 |
| Victim 272 | $193.29 |
| Victim 273 | $652.86 |
| Victim 274 | $925.99 |
| Victim 275 | $548.44 |
| Victim 276 | $128.62 |
| Victim 277 | $208.10 |
| Victim 278 | $476.18 |
| Victim 279 | $639.85 |
| Victim 280 | $415.85 |
| Victim 281 | $472.21 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 282 | $128.62 |
| Victim 283 | $208.10 |
| Victim 284 | $3,216.95 |
| Victim 285 | $90.32 |
| Victim 286 | $159.69 |
| Victim 287 | $548.44 |
| Victim 288 | $520.26 |
| Victim 289 | $1,167.70 |
| Victim 290 | $71.54 |
| Victim 291 | $90.32 |
| Victim 292 | $117.78 |
| Victim 293 | $90.32 |
| Victim 294 | $128.62 |
| Victim 295 | $52.03 |
| Victim 296 | $259.41 |
| Victim 297 | $439.33 |
| Victim 298 | $513.76 |
| Victim 299 | $90.32 |
| Victim 300 | $509.42 |
| Victim 301 | $128.62 |
| Victim 302 | $369.60 |
| Victim 303 | $191.12 |
| Victim 304 | $3,129.52 |
| Victim 305 | $121.76 |
| Victim 306 | $117.78 |
| Victim 307 | $316.49 |
| Victim 308 | $102.97 |
| Victim 309 | $294.82 |
| Victim 310 | $652.86 |
| Victim 311 | $554.22 |
| Victim 312 | $208.10 |
| Victim 313 | $45.16 |
| Victim 314 | $92.49 |
| Victim 315 | $102.97 |
| Victim 316 | $47.69 |
| Victim 317 | $1,139.52 |
| Victim 318 | $271.69 |
| Victim 319 | $3,928.70 |
| Victim 320 | $276.75 |
| Victim 321 | $208.10 |
| Victim 322 | $128.62 |
| Victim 323 | $1,328.84 |
| Victim 324 | $4,407.05 |
| Victim 325 | $402.12 |
| Victim 326 | $293.37 |
| Victim 327 | $528.57 |
| Victim 328 | $754.74 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 329 | $652.86 |
| Victim 330 | $208.10 |
| Victim 331 | $128.62 |
| Victim 332 | $1,038.36 |
| Victim 333 | $832.06 |
| Victim 334 | $128.62 |
| Victim 335 | $208.10 |
| Victim 336 | $511.59 |
| Victim 337 | $132.59 |
| Victim 338 | $241.71 |
| Victim 339 | $46.25 |
| Victim 340 | $227.25 |
| Victim 341 | $208.10 |
| Victim 342 | $852.29 |
| Victim 343 | $482.33 |
| Victim 344 | $107.67 |
| Victim 345 | $315.77 |
| Victim 346 | $416.21 |
| Victim 347 | $5,111.94 |
| Victim 348 | $744.26 |
| Victim 349 | $3,310.53 |
| Victim 350 | $939.36 |
| Victim 351 | $217.86 |
| Victim 352 | $183.90 |
| Victim 353 | $258.69 |
| Victim 354 | $274.22 |
| Victim 355 | $846.87 |
| Victim 356 | $90.32 |
| Victim 357 | $117.78 |
| Victim 358 | $128.62 |
| Victim 359 | $4,526.28 |
| Victim 360 | $600.83 |
| Victim 361 | $15.54 |
| Victim 362 | $652.86 |
| Victim 363 | $326.61 |
| Victim 364 | $607.33 |
| Victim 365 | $73.34 |
| Victim 366 | $679.23 |
| Victim 367 | $46.25 |
| Victim 368 | $128.62 |
| Victim 369 | $566.87 |
| Victim 370 | $192.57 |
| Victim 371 | $90.32 |
| Victim 372 | $334.92 |
| Victim 373 | $468.24 |
| Victim 374 | $45.52 |
| Victim 375 | $161.86 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| Victim | Amount |
|--------|--------|
| Victim 376 | $548.44 |
| Victim 377 | $208.10 |
| Victim 378 | $548.44 |
| Victim 379 | $208.10 |
| Victim 380 | $466.07 |
| Victim 381 | $322.27 |
| Victim 382 | $548.44 |
| Victim 383 | $206.30 |
| Victim 384 | $208.10 |
| Victim 385 | $1,871.50 |
| Victim 386 | $554.22 |
| Victim 387 | $75.51 |
| Victim 388 | $326.61 |
| Victim 389 | $5,619.19 |
| Victim 390 | $1,242.13 |
| Victim 391 | $633.35 |
| Victim 392 | $465.71 |
| Victim 393 | $222.20 |
| Victim 394 | $1,513.82 |
| Victim 395 | $652.86 |
| Victim 396 | $90.32 |
| Victim 397 | $98.63 |
| Victim 398 | $3,724.57 |
| Victim 399 | $687.90 |
| Victim 400 | $91.05 |
| Victim 401 | $128.62 |
| Victim 402 | $128.62 |
| Victim 403 | $208.10 |
| Victim 404 | $763.05 |
| Victim 405 | $652.86 |
| Victim 406 | $10.48 |
| Victim 407 | $244.60 |
| Victim 408 | $266.63 |
| Victim 409 | $18.79 |
| Victim 410 | $46.25 |
| Victim 411 | $208.10 |
| Victim 412 | $146.69 |
| Victim 413 | $208.10 |
| Victim 414 | $1,170.95 |
| Victim 415 | $6,170.89 |
| Victim 416 | $600.83 |
| Victim 417 | $459.20 |
| Victim 418 | $554.22 |
| Victim 419 | $274.22 |
| Victim 420 | $133.32 |
| Victim 421 | $15.90 |
| Victim 422 | $326.61 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| Victim 423 | $734.15 |
|------------|---------|
| Victim 424 | $175.23 |
| Victim 425 | $192.57 |
| Victim 426 | $236.29 |
| Victim 427 | $307.82 |
| Victim 428 | $548.44 |
| Victim 429 | $476.91 |
| Victim 430 | $16.62 |
| Victim 431 | $146.32 |
| Victim 432 | $1,131.93 |
| Victim 433 | $1,018.49 |
| Victim 434 | $117.78 |
| Victim 435 | $924.55 |
| Victim 436 | $208.10 |
| Victim 437 | $42.99 |
| Victim 438 | $167.64 |
| Victim 439 | $491.00 |
| Victim 440 | $15.90 |
| Victim 441 | $277.11 |
| Victim 442 | $82.74 |
| Victim 443 | $254.71 |
| Victim 444 | $82.01 |
| Victim 445 | $192.57 |
| Victim 446 | $117.78 |
| Victim 447 | $98.63 |
| Victim 448 | $372.13 |
| Victim 449 | $548.44 |
| Victim 450 | $1,690.85 |
| Victim 451 | $128.62 |
| Victim 452 | $176.67 |
| Victim 453 | $32.16 |
| Victim 454 | $431.02 |
| Victim 455 | $16.62 |
| Victim 456 | $233.76 |
| Victim 457 | $369.60 |
| Victim 458 | $488.83 |
| Victim 459 | $46.25 |
| Victim 460 | $128.62 |
| Victim 461 | $437.53 |
| Victim 462 | $237.37 |
| Victim 463 | $128.62 |
| Victim 464 | $209.19 |
| Victim 465 | $2,524.36 |
| Victim 466 | $31.07 |
| Victim 467 | $192.57 |
| Victim 468 | $18.43 |
| Victim 469 | $2,938.40 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 470 | $239.54 |
| Victim 471 | $54.56 |
| Victim 472 | $74.07 |
| Victim 473 | $652.86 |
| Victim 474 | $372.13 |
| Victim 475 | $208.10 |
| Victim 476 | $117.78 |
| Victim 477 | $208.10 |
| Victim 478 | $785.45 |
| Victim 479 | $293.73 |
| Victim 480 | $128.62 |
| Victim 481 | $90.32 |
| Victim 482 | $11.92 |
| Victim 483 | $37.57 |
| Victim 484 | $208.10 |
| Victim 485 | $128.26 |
| Victim 486 | $548.44 |
| Victim 487 | $183.18 |
| Victim 488 | $98.63 |
| Victim 489 | $208.10 |
| Victim 490 | $128.62 |
| Victim 491 | $518.09 |
| Victim 492 | $208.10 |
| Victim 493 | $90.32 |
| Victim 494 | $117.78 |
| Victim 495 | $76.23 |
| Victim 496 | $208.10 |
| Victim 497 | $128.62 |
| Victim 498 | $16.62 |
| Victim 499 | $1,179.62 |
| Victim 500 | $548.44 |
| Victim 501 | $117.78 |
| Victim 502 | $109.11 |
| Victim 503 | $46.25 |
| Victim 504 | $605.89 |
| Victim 505 | $128.62 |
| Victim 506 | $894.56 |
| Victim 507 | $359.13 |
| Victim 508 | $1,538.39 |
| Victim 509 | $13,830.30 |
| Victim 510 | $243.51 |
| Victim 511 | $972.96 |
| Victim 512 | $652.86 |
| Victim 513 | $854.46 |
| Victim 514 | $90.32 |
| Victim 515 | $556.03 |
| Victim 516 | $208.10 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 517 | $128.62 |
| Victim 518 | $698.74 |
| Victim 519 | $960.68 |
| Victim 520 | $3,161.32 |
| Victim 521 | $1,897.87 |
| Victim 522 | $117.78 |
| Victim 523 | $464.62 |
| Victim 524 | $419.10 |
| Victim 525 | $281.09 |
| Victim 526 | $183.90 |
| Victim 527 | $544.11 |
| Victim 528 | $777.86 |
| Victim 529 | $74.79 |
| Victim 530 | $208.10 |
| Victim 531 | $141.63 |
| Victim 532 | $46.25 |
| Victim 533 | $90.32 |
| Victim 534 | $192.57 |
| Victim 535 | $139.46 |
| Victim 536 | $208.10 |
| Victim 537 | $18.79 |
| Victim 538 | $208.10 |
| Victim 539 | $652.13 |
| Victim 540 | $652.86 |
| Victim 541 | $310.35 |
| Victim 542 | $104.78 |
| Victim 543 | $462.09 |
| Victim 544 | $184.98 |
| Victim 545 | $232.67 |
| Victim 546 | $161.86 |
| Victim 547 | $161.86 |
| Victim 548 | $297.34 |
| Victim 549 | $36.13 |
| Victim 550 | $208.10 |
| Victim 551 | $3,305.47 |
| Victim 552 | $15.54 |
| Victim 553 | $3,067.02 |
| Victim 554 | $46.61 |
| Victim 555 | $113.08 |
| Victim 556 | $287.95 |
| Victim 557 | $832.42 |
| Victim 558 | $15.90 |
| Victim 559 | $652.86 |
| Victim 560 | $90.32 |
| Victim 561 | $26.01 |
| Victim 562 | $0.00 |
| Victim 563 | $128.62 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 564 | $128.62 |
| Victim 565 | $208.10 |
| Victim 566 | $31.43 |
| Victim 567 | $208.10 |
| Victim 568 | $1,023.18 |
| Victim 569 | $1,711.45 |
| Victim 570 | $661.17 |
| Victim 571 | $1,082.80 |
| Victim 572 | $15.54 |
| Victim 573 | $933.58 |
| Victim 574 | $326.61 |
| Victim 575 | $42.99 |
| Victim 576 | $132.59 |
| Victim 577 | $208.10 |
| Victim 578 | $548.44 |
| Victim 579 | $40.46 |
| Victim 580 | $117.78 |
| Victim 581 | $56.00 |
| Victim 582 | $128.62 |
| Victim 583 | $124.28 |
| Victim 584 | $158.97 |
| Victim 585 | $770.64 |
| Victim 586 | $90.32 |
| Victim 587 | $28.54 |
| Victim 588 | $1,086.41 |
| Victim 589 | $371.05 |
| Victim 590 | $208.10 |
| Victim 591 | $620.34 |
| Victim 592 | $416.21 |
| Victim 593 | $91.05 |
| Victim 594 | $16.62 |
| Victim 595 | $324.80 |
| Victim 596 | $71.54 |
| Victim 597 | $1.08 |
| Victim 598 | $1,232.37 |
| Victim 599 | $208.10 |
| Victim 600 | $657.91 |
| Victim 601 | $24.21 |
| Victim 602 | $616.00 |
| Victim 603 | $128.62 |
| Victim 604 | $128.62 |
| Victim 605 | $200.52 |
| Victim 606 | $267.36 |
| Victim 607 | $358.76 |
| Victim 608 | $208.10 |
| Victim 609 | $419.46 |
| Victim 610 | $7.23 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 611 | $652.86 |
| Victim 612 | $8,537.00 |
| Victim 613 | $854.46 |
| Victim 614 | $375.38 |
| Victim 615 | $46.61 |
| Victim 616 | $349.37 |
| Victim 617 | $399.95 |
| Victim 618 | $415.85 |
| Victim 619 | $410.79 |
| Victim 620 | $535.44 |
| Victim 621 | $117.78 |
| Victim 622 | $230.87 |
| Victim 623 | $691.52 |
| Victim 624 | $0.00 |
| Victim 625 | $523.51 |
| Victim 626 | $410.07 |
| Victim 627 | $260.49 |
| Victim 628 | $4.70 |
| Victim 629 | $416.21 |
| Victim 630 | $220.75 |
| Victim 631 | $161.86 |
| Victim 632 | $652.86 |
| Victim 633 | $178.48 |
| Victim 634 | $55.64 |
| Victim 635 | $2,522.55 |
| Victim 636 | $959.96 |
| Victim 637 | $603.00 |
| Victim 638 | $737.76 |
| Victim 639 | $1,923.16 |
| Victim 640 | $192.57 |
| Victim 641 | $652.86 |
| Victim 642 | $760.88 |
| Victim 643 | $72.62 |
| Victim 644 | $117.78 |
| Victim 645 | $652.86 |
| Victim 646 | $90.32 |
| Victim 647 | $282.17 |
| Victim 648 | $369.60 |
| Victim 649 | $0.00 |
| Victim 650 | $117.78 |
| Victim 651 | $910.82 |
| Victim 652 | $117.78 |
| Victim 653 | $547.00 |
| Victim 654 | $421.27 |
| Victim 655 | $629.01 |
| Victim 656 | $818.33 |
| Victim 657 | $1,887.40 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 658 | $90.32 |
| Victim 659 | $117.78 |
| Victim 660 | $90.32 |
| Victim 661 | $208.10 |
| Victim 662 | $216.41 |
| Victim 663 | $880.47 |
| Victim 664 | $128.62 |
| Victim 665 | $369.96 |
| Victim 666 | $128.62 |
| Victim 667 | $167.64 |
| Victim 668 | $107.30 |
| Victim 669 | $90.32 |
| Victim 670 | $117.78 |
| Victim 671 | $815.08 |
| Victim 672 | $128.62 |
| Victim 673 | $8.31 |
| Victim 674 | $563.62 |
| Victim 675 | $415.85 |
| Victim 676 | $229.42 |
| Victim 677 | $652.86 |
| Victim 678 | $652.86 |
| Victim 679 | $670.20 |
| Victim 680 | $238.09 |
| Victim 681 | $260.13 |
| Victim 682 | $410.79 |
| Victim 683 | $535.44 |
| Victim 684 | $208.10 |
| Victim 685 | $128.62 |
| Victim 686 | $652.86 |
| Victim 687 | $303.13 |
| Victim 688 | $504.37 |
| Victim 689 | $210.27 |
| Victim 690 | $326.61 |
| Victim 691 | $10.48 |
| Victim 692 | $7.95 |
| Victim 693 | $259.41 |
| Victim 694 | $1,152.89 |
| Victim 695 | $18.79 |
| Victim 696 | $72.62 |
| Victim 697 | $208.10 |
| Victim 698 | $49.14 |
| Victim 699 | $117.78 |
| Victim 700 | $548.44 |
| Victim 701 | $497.50 |
| Victim 702 | $326.61 |
| Victim 703 | $1,736.01 |
| Victim 704 | $18.43 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 705 | $37.57 |
| Victim 706 | $108.03 |
| Victim 707 | $140.54 |
| Victim 708 | $283.25 |
| Victim 709 | $176.67 |
| Victim 710 | $75.51 |
| Victim 711 | $238.09 |
| Victim 712 | $310.35 |
| Victim 713 | $42.99 |
| Victim 714 | $987.05 |
| Victim 715 | $46.61 |
| Victim 716 | $254.71 |
| Victim 717 | $1,219.36 |
| Victim 718 | $253.27 |
| Victim 719 | $208.10 |
| Victim 720 | $90.32 |
| Victim 721 | $1,565.12 |
| Victim 722 | $28.54 |
| Victim 723 | $208.10 |
| Victim 724 | $117.78 |
| Victim 725 | $75.51 |
| Victim 726 | $174.87 |
| Victim 727 | $287.23 |
| Victim 728 | $134.04 |
| Victim 729 | $1,906.18 |
| Victim 730 | $90.32 |
| Victim 731 | $90.32 |
| Victim 732 | $105.14 |
| Victim 733 | $18.43 |
| Victim 734 | $138.01 |
| Victim 735 | $1,209.97 |
| Victim 736 | $724.75 |
| Victim 737 | $208.10 |
| Victim 738 | $208.10 |
| Victim 739 | $105.14 |
| Victim 740 | $128.62 |
| Victim 741 | $208.10 |
| Victim 742 | $392.36 |
| Victim 743 | $462.46 |
| Victim 744 | $273.50 |
| Victim 745 | $141.63 |
| Victim 746 | $423.07 |
| Victim 747 | $326.61 |
| Victim 748 | $82.01 |
| Victim 749 | $133.68 |
| Victim 750 | $208.10 |
| Victim 751 | $102.97 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| | |
|---|---|
| Victim 752 | $228.34 |
| Victim 753 | $548.44 |
| Victim 754 | $416.21 |
| Victim 755 | $235.20 |
| Victim 756 | $208.10 |
| Victim 757 | $208.10 |
| Victim 758 | $181.01 |
| Victim 759 | $416.21 |
| Victim 760 | $378.27 |
| Victim 761 | $90.32 |
| Victim 762 | $90.32 |
| Victim 763 | $90.32 |
| Victim 764 | $1,010.54 |
| Victim 765 | $161.86 |
| Victim 766 | $326.61 |
| Victim 767 | $652.86 |
| Victim 768 | $132.59 |
| Victim 769 | $652.86 |
| Victim 770 | $337.45 |
| Victim 771 | $3,644.00 |
| Victim 772 | $672.37 |
| Victim 773 | $865.66 |
| Victim 774 | $361.65 |
| Victim 775 | $95.38 |
| Victim 776 | $90.32 |
| Victim 777 | $462.09 |
| Victim 778 | $208.10 |
| Victim 779 | $144.88 |
| Victim 780 | $90.32 |
| Victim 781 | $1,607.03 |
| Victim 782 | $88.16 |
| Victim 783 | $117.78 |
| Victim 784 | $464.98 |
| Victim 785 | $240.26 |
| Victim 786 | $140.90 |
| Victim 787 | $89.60 |
| Victim 788 | $208.10 |
| Victim 789 | $147.41 |
| Victim 790 | $219.30 |
| Victim 791 | $1,268.50 |
| Victim 792 | $238.09 |
| Victim 793 | $310.35 |
| Victim 794 | $384.42 |
| Victim 795 | $128.62 |
| Victim 796 | $263.74 |
| Victim 797 | $343.59 |
| Victim 798 | $548.44 |

Restitution Payees -U.S. v. Allan Thomas (CR19-0210RAJ)

| Victim 799 | $71.54 |
|---|---|
| Victim 800 | $326.61 |
| Victim 801 | $652.86 |
| Victim 802 | $89.60 |
| Victim 803 | $652.86 |
| Victim 804 | $118.50 |
| Victim 805 | $307.82 |
| Victim 806 | $739.21 |
| Victim 807 | $283.25 |
| Victim 808 | $16.62 |
| Victim 809 | $208.10 |
| Victim 810 | $118.87 |
| Victim 811 | $88.52 |
| Victim 812 | $216.41 |
| Victim 813 | $652.86 |
| Victim 814 | $208.10 |
| Victim 815 | $548.44 |
| Victim 816 | $603.72 |
| Victim 817 | $548.44 |
| Victim 818 | $652.86 |
| Victim 819 | $336.36 |
| Victim 820 | $204.13 |
| **Total** | **$468,165.63** |