The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLAN B. THOMAS,<br><br>Defendant. | NO. CR19-210 RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT A TO UNITED STATES' RESPONSE OPPOSING MOTION FOR REDUCED SENTENCE UNDER 18 U.S.C. § 3582(c)(2) and AMENDMENT 821 |

THIS MATTER has come before the Court on the motion to seal Exhibit A to the United States' Response Opposing Motion for Reduced Sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to the United States' Response Opposing Motion for Reduced Sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821, due to the sensitive information contained therein.

///
///
///
///

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Thomas,* CR19-0210 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 249) is GRANTED.
2  Exhibit A to the United States' Response Opposing Motion for Reduced Sentence under
3  18 U.S.C. § 3582(c)(2) and Amendment 821 shall remain under seal.

5  DATED this 2nd day of April, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
*United States v. Thomas,* CR19-0210 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970